

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CITIGROUP GLOBAL MARKETS INC., | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO. **13-6658** |
| | * | |
| VERSUS | * | JUDGE |
| | * | |
| JOSEPH F. LORIO, | * | MAGISTRATE JUDGE **SECT. B  MAG. 4** |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONFIRM ARBITRATION AWARD

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, Plaintiff Citigroup Global Markets, Inc., d/b/a Morgan Stanley Smith Barney ("Citigroup") moves to confirm an arbitration award issued by a panel of arbitrators appointed by FINRA-Dispute Resolution, Inc. in the matter captioned: *Joseph F. Lorio v. Citigroup Global Markets*, FINRA-DR Case No.: 11-03202, and respectfully states the following:

### PARTIES

**1.**

Citigroup is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in New York, New York. Citigroup is a registered securities broker/dealer.

**2.**

Defendant Joseph F. Lorio ("Lorio") is a person of the age of majority and a citizen of Louisiana.

✓ Fee 400.00 pd.
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## VENUE

**5.**

Venue is proper pursuant to 9 U.S.C. § 9 because this is a district within which the arbitration award was rendered.

## JURISDICTION

**6.**

The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that the dispute is between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs, as reflected by the amount sought in the underlying arbitration, and as reported on St. Pierre's Form U-4.

## FACTS

**7.**

In 2011, Lorio commenced an arbitration proceeding at FINRA-Dispute Resolution captioned *Joseph F. Lorio v. Citigroup Global Markets, Inc.*, Case No. 11-03202 (the "Arbitration Proceeding"). In the Arbitration Proceeding, Lorio made various claims against Citigroup related to investments made in his Citigroup brokerage accounts.

**8.**

Adrian St. Pierre ("St. Pierre") is a registered securities representative affiliated with Citigroup.

**9.**

Lorio's financial advisor at Citigroup was St. Pierre.

**10.**

On March 7, 2013, the panel of FINRA-Dispute Resolution arbitrators appointed to hear the Arbitration Proceeding issued an award (the "Award") in the Arbitration Proceeding.

**11.**

The Award is in writing and recommended the expungement of all references to the Arbitration Proceeding from the Central Registration Depository ("CRD") records of St. Pierre.

**12.**

The arbitrators found that all references to the Arbitration Proceeding should be expunged from St. Pierre's CRD because Lorio's Statement of Claim "made representations about [Lorio]'s investment objectives that were demonstrably false." A true copy of the Award is attached as Exhibit A and incorporated herein by reference.

**13.**

Pursuant to FINRA Rule 2080, CRD will not execute the Panel's expungement directive until a court of competent jurisdiction confirms the Award.

**14.**

Under FINRA Rule 2080(b), FINRA has waived its right to be named as a party to this proceeding. *See* Exhibit B.

**WHEREFORE** and for the foregoing reasons, as well as those set forth in the accompanying memorandum, Citigroup prays that the Court confirm the Award pursuant to the Federal Arbitration Act.

Respectfully submitted,

Thomas A. Roberts, 23914
James L. Michaels, 33987
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras St., Suite 2400
New Orleans, Louisiana 70112
Telephone:    (504) 589-9700
Facsimile:    (504) 589-9701

*Attorneys for Citigroup Global Markets, Inc.*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic mail and/or placing same in the United States Mail, postage prepaid and properly addressed this 13th day of December, 2013.

878530_1